IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

OBELIA D. VILLAFLOR individually )
and on behalf of all similarly situated )
individuals )
      Plaintiff, )  Case No. 3:09-CV-00329-BZ
)
vs. )  ***ORDER GRANTING APPLICATION FOR***
)  ***ADMISSION OF S. STEWART HASKINS,***
)  ***II PRO HAC VICE***
)
EQUIFAX INFORMATION SERVICES, )
LLC, )
)
      Defendants. )
)

  S. Stewart Haskins, II_____, an active member in good standing of the bar of Georgia whose business address and telephone number is <u>King & Spalding, LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 572-4687</u>, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11 Feb 09

United States District Court Judge

- 3 -