UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBELIA D. VILLAFLOR, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No: 3:09-CV-00329-MMC<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO APPEAR TELEPHONICALLY FOR THE CASE MANAGEMENT CONFERENCE<br><br>DATE: June 26, 2009<br>TIME: 10:30 A.M.<br>COURTROOM: 7 |

The joint request of Defendant Equifax Information Services LLC's counsel and Plaintiff's counsel to appear telephonically at the Case Management Conference scheduled for June 26, 2009, at 10:30 a.m. has been duly considered by the Court and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Equifax's counsel and Plaintiff's counsel may appear telephonically through their representatives at the Case Management Conference on June 26, 2009, at 10:30 a.m.

DATED: June __24__, 2009.

_____
U. S. DISTRICT COURT JUDGE

5941635

NOKES & QUINN
410 Broadway, Suite 300
Laguna Beach, CA 92651
(949) 376-3500