IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBELIA D. VILLAFLOR,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant / | No. C 09-0329 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |

Pursuant to Civil Local Rule 72-1, "Plaintiff and Good Life Credit's Omnibus Motion for Protective Order and Objections to Subpoena Duces Tecum," filed July 22, 2009, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated: July 27, 2009

                              MAXINE M. CHESNEY
                              United States District Judge