IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBELIA D. VILLAFLOR,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant | No. C-09-0329 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION SEEKING LEAVE TO FILE THIRD AMENDED COMPLAINT; DIRECTIONS TO PLAINTIFF; VACATING HEARING** |

    Before the Court is plaintiff's Motion Seeking Leave to File a Third Amended Class Action Complaint, filed October 16, 2009. Defendant has filed a statement of non-opposition.

    Having read and considered the papers filed in support of and in response to the motion, the Court hereby GRANTS the motion,[1] and DIRECTS plaintiff to file the Third Amended Class Action Complaint no later than November 13, 2009.

    **IT IS SO ORDERED.**

Dated: November 4, 2009

                                                MAXINE M. CHESNEY
                                              United States District Judge

---

[1] The December 4, 2009 hearing is hereby VACATED.