UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OBELIA D. VILLAFLOR, individually and on behalf of similarly situated individuals,

Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.

Case No. 3:09-CV-00329-MMC

Hon. Maxine Chesney

**ORDER GRANTING APPLICATION FOR ADMISSION OF STEVEN F. GROVER PRO HAC VICE**

***********************************************************************

**Steven F. Grover**, an active member in good standing of the Bar of Florida, whose business address is Law Office of Steven F. Grover, One East Broward Blvd., Suite 700, Fort Lauderdale, Florida, 33301, tel. (954) 356-0005, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing OBELIA D. VILLAFLOR and KAY BRICE, individually and on behalf of similarly situated individuals,

IT IS HEREBY ORDERED that the application is **GRANTED**, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future mailings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: February 2, 2010

_____
United States District Court Judge

Equifax.Order.ApplicationtoAppearProHacVice.012710