THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
410 Broadway, Suite 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

S. STEWART HASKINS, II [Pro Hac Vice] GA Bar No: 336104
JOHN ANTHONY LOVE [Pro Hac Vice] GA Bar No: 459155
STEPHANIE COPE, [Pro Hac Vice] GA Bar No: 214378
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: TLove@KSLAW.com
Email: scope@KSLAW.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBELIA D. VILLAFLOR and KAY B. BRICE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No: 3:09-CV-00329-MMC<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES** |

This matter is before the court on the parties Joint Motion for Extension of Pre-Trial Deadlines. The parties jointly support the instant motion. The Court has reviewed the motion and pleadings and papers filed in the instant action and finds that there is good cause to grant the motion.

IT IS HEREBY ORDERED that the Joint Motion for Extension of Pre-Trial Deadlines is hereby GRANTED.

IT IS FURTHER ORDERED that:

1. Deadlines in the instant action are hereby set as follows:

   a. Amendment of Complaint – March 15, 2010;

   b. Plaintiff's Motion for Class Certification - May ~~30~~ 28, 2010;

   c. Hearing on Motion for Class Certification - July ~~13~~ 16, 2010; and

   d. Case Management Conference - August ~~11~~ 27, 2010; a Joint Case Management Statement shall be filed no later than August 20, 2010.

2. Defendant shall produce one or more Rule 30(b)(6) representatives to testify concerning the subject matters of ascertainability and numerosity of the Classes, by April 30, 2010.

3. Plaintiffs shall file any fourth amended complaint on or before March 15, 2010.

IT IS SO ORDERED.

DATED: March 9, 2010

HON. MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500