THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
410 Broadway, Suite 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

S. STEWART HASKINS, II [Pro Hac Vice] GA Bar No: 336104
JOHN ANTHONY LOVE [Pro Hac Vice] GA Bar No: 459155
STEPHANIE COPE, [Pro Hac Vice] GA Bar No: 214378
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: TLove@KSLAW.com
Email: scope@KSLAW.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

OBELIA D. VILLAFLOR and KAY B. BRICE, individually and on behalf of all similarly situated individuals,

Plaintiffs,

vs.

EQUIFAX INFORMATION SERVICES LLC,

Defendant.

Case No: 3:09-CV-00329-MMC

**~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES**

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES
CASE NO.: 3:09-CV-00329-MMC

1

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

This matter is before the court on the parties Joint Motion for Extension of Pre-Trial Deadlines. The parties jointly support the instant motion. The Court has reviewed the motion and pleadings and papers filed in the instant action and finds that there is good cause to grant the motion.

IT IS HEREBY ORDERED that the Joint Motion for Extension of Pre-Trial Deadlines is hereby GRANTED. Given the parties' proposed schedule provides the Court with insufficient time to prepare for the hearing on the motion, however, the Court has set a different date for the hearing and for the further case management conference.

IT IS FURTHER ORDERED that:

1. Deadlines in the instant action are hereby set as follows:

| | |
|---|---|
| Plaintiffs' Motion for Class Certification | August 25, 2010 |
| Equifax's Response to Plaintiff's Motion for Class Certification | September 27, 2010 |
| Plaintiffs' Reply in Support of Motion for Class Certification | October 11, 2010 |
| Hearing on Motion for Class Certification | November 5, 2010 ~~October 14, 2010~~ |
| Joint Case Management Statement | ~~November 17, 2010~~ January 7, 2011 |
| Case Management Conference | January 14, 2011 ~~November 24, 2010~~ |

.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

2. All discovery, including all discovery motions and motions to compel, may go forward during the extended period, except that no additional depositions will be taken until after the settlement conference that will take place in the next thirty days.

IT IS SO ORDERED.

DATED: May 21, 2010

HON. MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRE-TRIAL DEADLINES
CASE NO.: 3:09-CV-00329-MMC

3

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500