**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DRILL SERVICES INC, | No. C-09-05737 EDL |
| Plaintiff, | **ORDER EXTENDING MEDIATION DEADLINE AND VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| DANS WATER WELL, | |
| Defendant. / | |

On June 28, 2010, the parties filed a joint case management conference statement in which they sought an extension of the mediation deadline. Good cause appearing, the deadline to complete mediation is continued to August 31, 2010. The case management conference scheduled for July 1, 2010 is vacated.

**IT IS SO ORDERED.**

Dated: June 30, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge