RECEIVED
AUG - 2 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OBELIA D. VILLAFLOR, et al.,

                 Plaintiff(s),

v.

EQUIFAX INFORMATION

                 Defendant(s).

CASE NO. C-09-00329 (EDL)

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Joel A. Brown, an active member in good standing of the bar of Florida, Southern District of Florida (particular court to which applicant is admitted) whose business address and telephone number is 3330 NW 53rd Street, Suite 306, Ft. Lauderdale, FL 33309, 954-966-0111

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Obelia D. Villaflor

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 6, 2010

United States District Judge