IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBELIA D. VILLAFLOR, et al., | No. C 09-329 MMC (EDL) |
| Plaintiffs, | **ORDER DENYING EQUIFAX'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | |

Before the Court is defendant Equifax Information Services LLC's ("Equifax") Motion for Relief, filed August 9, 2010, by which Equifax objects to certain portions of Magistrate Judge Elizabeth D. Laporte's Order Granting Plaintiffs' Motion for Protective Order, issued July 22, 2010.

Having fully considered the matter, the Court hereby DENIES the motion, for the reason Equifax has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate judge's order where it has been shown to be "clearly erroneous or contrary to law").

**IT IS SO ORDERED.**

Dated: August 12, 2010

_____
MAXINE M. CHESNEY
United States District Judge