Seth Lehrman (CSBN 178303)
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Tel. 954-524-2820
seth@pathtojustice.com

Along with other Plaintiffs' counsel

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Obelia D. Villaflor and Kay A. Brice, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No.:09-cv-00329-MMC (EDL)<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES** |

This matter is before the court on the Joint Motion to Extend Deadlines and Notice of Settlement. The Court has reviewed the motion and pleadings and papers filed in the instant action and finds that there is good cause to grant the motion.

IT IS HEREBY ORDERED

1. That the Joint Motion to Extend Deadlines is hereby GRANTED.

2. The current scheduling order, including ~~today's~~ the deadline for filing the motion for class certification, is hereby vacated.

3. That a telephonic status conference for the purpose of entering a new scheduling order for the submission of the settlement to the Court and related deadlines is hereby set for the __1st__ day of __October__, 2010.

IT IS SO ORDERED.

Dated: August 26, 2010

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE