Seth Lehrman  CSBN 178303
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Tel. 954-524-2820
seth@pathtojustice.com

Steven F. Grover, pro hac vice
STEVEN F. GROVER, P.A.
1 East Broward Blvd., Suite 700
Fort Lauderdale, Florida  33301
Tel. 954-356-0005
lawhelp@earthlink.net

Attorneys for Plaintiffs and Proposed Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBELIA D. VILLAFLOR and KAY B. BRICE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No: 3:09-CV-00329-MMC<br><br>[~~PROPOSED~~] SCHEDULING ORDER |

This cause came before the Court on a telephonic status conference on October 1, 2010.  The Court has reviewed the pleadings and papers filed in the instant action and heard the argument of counsel for Plaintiffs and Defendant.

IT IS HEREBY ORDERED that:

1. The parties shall file a motion for preliminary approval of class action settlement on or before October 29, 2010; and

2. A hearing on Plaintiffs' motion for final approval of class action settlement shall be ~~held on the _____ day of _____, 2011.~~ set at the hearing on the motion for preliminary approval of class action settlement.

IT IS SO ORDERED.

DATED:   October 25, 2010

_____
HON. MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE

[PROPOSED] SCHEDULING ORDER
CASE NO.:  3:09-CV-00329-MMC

2