1 | Seth Lehrman  CSBN 178303
2 | FARMER, JAFFE, WEISSING,
  | EDWARDS, FISTOS & LEHRMAN, P.L.
3 | 425 N. Andrews Ave., Suite 2
4 | Fort Lauderdale, Florida 33301
  | Tel. 954-524-2820
5 | seth@pathtojustice.com
6 | James S. Knopf (CSBN 178934)
  | LAW OFFICES OF JAMES S. KNOPF
7 | 1840 Gateway Drive, Suite 200
8 | San Mateo, California  94404
  | Tel. 650-627-9500
9 | jsk@knopflaw.com
10 |
11 | Steven F. Grover, pro hac vice
   | STEVEN F. GROVER, P.A.
12 | 1 East Broward Blvd., Suite 700
13 | Fort Lauderdale, Florida  33301
   | Tel. 954-356-0005
14 | lawhelp@earthlink.net
15 | Attorneys for Plaintiffs and Proposed Class
16 |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBELIA D. VILLAFLOR and KAY B. BRICE, individually and on behalf of all similarly situated individuals, | Case No:   3:09-CV-00329-MMC |
| Plaintiffs, | [PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE |
| vs. | |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | |

CASE NO.: 3:09-CV-00329-MMC

1

1  This matter is before the court on the Plaintiffs' Motion to Extend Deadline.
2  The Court has reviewed the motion and pleadings and papers filed in the instant
3  action and finds that there is good cause to grant the motion.
4      IT IS HEREBY ORDERED
5  1. That the Motion to Extend Deadline is hereby GRANTED.
6  2. That Scheduling Order [DE 122] is hereby vacated.[1]
7  3. That a deadline of November 12, 2010 is hereby set for the filing of
8      Plaintiffs' Motion for Preliminary Approval of Settlement.

10      IT IS SO ORDERED.

12  DATED: October 28, 2010

*[signature: Maxine M. Chesney]*

HON. MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE

---

[1] The Court notes that the October 29, 2010 deadline contained in the Scheduling Order was the date provided therein by the parties, and, contrary to the implication in the Motion to Extend Deadline, was not a "conflicting" date selected by the Court.

CASE NO.: 3:09-CV-00329-MMC