1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  410 BROADWAY, SUITE 200
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3500
   Fax:  (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  S. STEWART HASKINS, II [Pro hac Vice]
   Ga. Bar. No. 336104
6  JOHN ANTHONY LOVE [Pro Hac Vice]
   GA Bar No: 459155
7  STEPHANIE COPE, [Pro Hac Vice]
   GA Bar No:  214378
8  KING & SPALDING
   1180 PEACHTREE STREET, N.E.
9  ATLANTA, GA 30309
   Tel: (404) 572-4600
10 Fax: (404) 572-5100
   Email: TLove@KSLAW.com
11 Email: scope@KSLAW.com

12 Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBELIA D. VILLAFLOR, and KAY B. BRICE, individually and on behalf of all similarly situated individuals,<br><br>           Plaintiffs,<br><br>v.<br><br>DEFENDANT EQUIFAX INFORMATION SERVICES LLC,<br><br>           Defendant. | Case No:  3:09-cv-00329-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING AGREED MOTION FOR THREE DAY EXTENSION TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

This matter is before the Court on the Plaintiffs and Defendant Equifax Information Service LLC's Agreed Motion for Three Day Extension to File Motion for Preliminary Approval

[PROPOSED] ORDER GRANTING AGREED MOTION FOR THREE DAY EXTENSION TO
FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 3:09-CV-00329-MMC(EDL)

1  of Class Action Settlement.  The Court has reviewed the motion and pleadings and papers filed in
2  the instant action and finds that there is good cause to grant the motion.
3      IT IS HEREBY ORDERED:
4      1.    That the Motion For Three Day Extension to File Motion For Preliminary
5      Approval of Class Action Settlement is granted.
6      2.    That a deadline of November 17, 2010 is hereby set for the filing of Plaintiffs'
7      Motion for Preliminary Approval of Class Action Settlement.

10  DATED:  November 12, 2010

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING AGREED MOTION FOR THREE DAY EXTENSION TO
FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 3:09-CV-00329-MMC(EDL)