| | |
|---|---|
| 1 | THOMAS P. QUINN (State Bar No. 132268) |
| | NOKES & QUINN |
| 2 | 410 BROADWAY, SUITE 200 |
| | LAGUNA BEACH, CA 92651 |
| 3 | Tel: (949) 376-3500 |
| | Fax:  (949) 376-3070 |
| 4 | Email:  tquinn@nokesquinn.com |
| 5 | S. STEWART HASKINS III [Pro Hac Vice] |
| | GA Bar No: 336104 |
| 6 | JOHN ANTHONY LOVE [Pro Hac Vice] |
| | GA Bar No: 459155 |
| 7 | STEPHANIE COPE, [Pro Hac Vice] |
| | GA Bar No:  214378 |
| 8 | KING & SPALDING |
| | 1180 PEACHTREE STREET, N.E. |
| 9 | ATLANTA, GA 30309 |
| | Tel: (404) 572-4600 |
| 10 | Fax: (404) 572-5100 |
| | Email: TLove@KSLAW.com |
| 11 | Email: scope@KSLAW.com |
| | Attorneys for Defendant EQUIFAX |
| 12 | INFORMATION SERVICES LLC |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OBELIA D. VILLAFLOR, and KAY B. BRICE, individually and on behalf of all similarly situated individuals, | ) ) ) ) | Case No:  3:09-CV-00329-MMC |
| Plaintiffs, | ) ) ) | [PROPOSED] ORDER GRANTING JOINT MOTION TO APPEAR TELEPHONICALLY FOR THE CASE MANAGEMENT CONFERENCE |
| v. | ) ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) ) | DATE: November 19, 2010 |
| Defendant. | ) ) ) | TIME: 10:30 A.M. COURTROOM: 7 |
| _____ | ) | |

The joint request of Defendant Equifax Information Services LLC's counsel and Plaintiffs' counsel to appear telephonically at the Case Management Conference scheduled for

November 19, 2010, at 10:30 a.m. has been duly considered by the Court and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant Equifax's counsel and Plaintiffs' counsel may appear telephonically through their representatives at the Case Management Conference on November 19, 2010, at 10:30 a.m.

DATED: November 18, 2010

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER ON JOINT MOTION TO APPEAR TELEPHONICALLY FOR THE CASE MANAGEMENT CONFERENCE
Case No: 3:09-CV-00329-MMC

- 2 -