THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

S. STEWART HASKINS II [Pro Hac Vice]
GA Bar No:  336104
JOHN ANTHONY LOVE [Pro Hac Vice]
GA Bar No: 459155
STEPHANIE COPE, [Pro Hac Vice]
GA Bar No:  214378
KING & SPALDING
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: SHaskins@KSLAW.com
Email: TLove@KSLAW.com
Email: SCope@KSLAW.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBELIA D. VILLAFLOR and KAY B. BRICE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No:   3:09-cv-00329 MMC<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT |

[PROPOSED] ORDER ON STIPULATION REGARDING HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 3:09-CV-00329-MMC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

1.   The Court hereby removes the hearing on Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement from the December 10, 2010 motions calendar.

2.   The Court will reschedule the hearing on Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement to December 17, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 8 , 2010.

_____
Honorable Maxine M. Chesney
United States District Court

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

[PROPOSED] ORDER ON STIPULATION REGARDING HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 3:09-CV-00329-MMC