IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBELIA D. VILLAFLOR, et al., | No. 09-cv-00329 MMC |
| Plaintiffs, | **ORDER RE: PROPOSED CLASS NOTICE; DIRECTIONS TO PARTIES** |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendant. | |

Before the Court is the parties' proposed Class Notice, filed December 23, 2010. By separate order filed concurrently herewith, the Court has granted preliminary approval to the parties' settlement agreement and has directed that notice of the settlement be provided to the class.

The parties are hereby advised that the Class Notice attached as an exhibit to the Court's order differs from the parties' proposed Class Notice in the following manner:

1. In the answer to question 1, the case number has been changed from "No. 09-CV-003329" to the correct case number of "09-CV-00329";

2. In the answer to question 15, the case number has been changed from "No. 02-CV-00329" to the correct case number of "09-CV-00329"; and

3. In the answer to question 19, the phrase "In your 'Notice of Intent to Appear'," has been added to the beginning of the third sentence.

The parties are hereby DIRECTED to include such revisions in the notice sent to the class and displayed on the Settlement Administrator's website.

**IT IS SO ORDERED.**

Dated: December 30, 2010

MAXINE M. CHESNEY
United States District Judge

2