Seth Lehrman  CSBN 178303
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Tel. 954-524-2820
seth@pathtojustice.com

Steven F. Grover, pro hac vice
STEVEN F. GROVER, P.A.
1 East Broward Blvd., Suite 700
Fort Lauderdale, Florida  33301
Tel. 954-356-0005
lawhelp@earthlink.net

Attorneys for Plaintiffs and Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBELIA D. VILLAFLOR and KAY B. BRICE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No:   3:09-CV-00329-MMC<br><br>[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE FEE APPLICATION AND TO MAIL SETTLEMENT NOTICE |

This matter is before the court on Plaintiffs' unopposed Motion to Extend Deadline to File Fee Application and to Mail Settlement Notice.  The Court has reviewed the motion and pleadings and papers filed in the instant action and finds that there is good cause to grant the motion.

IT IS HEREBY ORDERED that the Motion to Extend Deadline to File Fee Application and to Mail Settlement Notice is hereby GRANTED.

IT IS FURTHER ORDERED that:

1. Plaintiffs shall file an application for attorney fees, expenses, and incentive awards and supporting documents on or before February 14, 2011; and

2. The deadline for Defendant or the Settlement Administrator to mail the Settlement Notice as required by the Order Granting Preliminary Approval to Class Action Settlement [DE 141] is hereby extended to February 14, 2011.

IT IS SO ORDERED.

DATED: February 14, 2011

HON. MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE