Seth Lehrman  CSBN 178303
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Tel. 954-524-2820
seth@pathtojustice.com

Steven F. Grover, pro hac vice
STEVEN F. GROVER, P.A.
1 East Broward Blvd., Suite 700
Fort Lauderdale, Florida  33301
Tel. 954-356-0005
lawhelp@earthlink.net

Attorneys for Plaintiffs and Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBELIA D. VILLAFLOR and KAY B. BRICE, individually and on behalf of all similarly situated individuals,<br><br>                    Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>                    Defendant. | Case No:   3:09-CV-00329-MMC<br><br>[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE DECLARATION OF GEOFFEY MILLER IN SUPPORT OF FEE APPLICATION |

This matter is before the court on Plaintiffs' unopposed Motion to Extend Deadline to File the Declaration of Geoffrey Miller is Support of Fee Application. The Court has reviewed the motion and pleadings and papers filed in the instant action and finds that there is good cause to grant the motion.

IT IS HEREBY ORDERED that the Motion to Extend Deadline to the Declaration of Geoffrey Miller File Fee Application is hereby GRANTED.

IT IS FURTHER ORDERED that:

Plaintiffs shall file the Declaration of Geoffrey Miller in Support of their application for attorney fees, expenses, and incentive awards on or before February 15, 2011; and

IT IS SO ORDERED.

DATED:   February 17, 2011



HON. MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE