Seth Lehrman  CSBN 178303
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Tel. 954-524-2820
seth@pathtojustice.com

Steven F. Grover, pro hac vice
STEVEN F. GROVER, P.A.
1 East Broward Blvd., Suite 700
Fort Lauderdale, Florida  33301
Tel. 954-356-0005
lawhelp@earthlink.net

Attorneys for Plaintiffs and Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBELIA D. VILLAFLOR and KAY A. BRICE, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No:   3:09-CV-00329-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

This matter is before the court on Plaintiffs' Ex Parte Motion to Exceed Page Limit for Memorandum in Support of Final Approval of Class Action Settlement.  The Court has reviewed the motion and pleadings and papers filed in the instant action and finds that there is good cause to grant the motion.

IT IS HEREBY ORDERED that the Plaintiffs' Ex Parte Motion to Exceed Page Limit for Memorandum in Support of Final Approval of Class Action Settlement is hereby GRANTED.

.

CASE NO.:  3:09-CV-00329-MMC

1

1  IT IS FURTHER ORDERED that:

2  1. Plaintiffs Memorandum in Support of Final Approval of Class Action Settlement
3  may exceed the page limit under Local Rules up to ten pages.

4  IT IS SO ORDERED.

5  DATED:  April 19, 2011



6  HON. MAXINE M. CHESNEY
7  U.S. DISTRICT COURT JUDGE

CASE NO.:  3:09-CV-00329-MMC