IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OBELIA D. VILLAFLOR, et al.,

        Plaintiffs,

  v.

EQUIFAX INFORMATION SERVICES, LLC,

        Defendant.
                                        /

No. CV-09-0329 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Pursuant to the Settlement Agreement, approved by the Court, the action is dismissed on the merits with prejudice and without costs or attorney's fees except as provided in the order filed May 3, 2011.

Dated: May 5, 2011                                    Richard W. Wieking, Clerk

                                                                     By: Tracy Lucero
                                                                     Deputy Clerk