1   THOMAS P. QUINN, JR.  (SBN: 132268)
    NOKES & QUINN
2   410 BROADWAY, SUITE 200
    LAGUNA BEACH, CA 92651
3   Tel: (949) 376-3500
    Fax:  (949) 376-3070
4   Email: tquinn@nokesquinn.com

5   S. STEWART HASKINS II [Pro Hac Vice]
    GA Bar No:  336104
6   JOHN ANTHONY LOVE [Pro Hac Vice]
    GA Bar No: 459155
7   STEPHANIE COPE, [Pro Hac Vice]
    GA Bar No:  214378
8   KING & SPALDING
    1180 PEACHTREE STREET, N.E.
9   ATLANTA, GA 30309
    Tel: (404) 572-4600
10  Fax: (404) 572-5100
    Email: SHaskins@KSLAW.com
11  Email: TLove@KSLAW.com
    Email: SCope@KSLAW.com
12

13  Attorneys for Defendant EQUIFAX
    INFORMATION SERVICES LLC
14

15                  **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17

18  OBELIA D. VILLAFLOR and KAY B.          ) Case No:   3:09-cv-00329 MMC
    BRICE, individually and on behalf of all )
19  similarly situated individuals,          ) **[PROPOSED]** **ORDER ON JOINT**
                                             ) **MOTION FOR EXTENSION OF TIME**
20                    Plaintiffs,            ) **TO MAIL BENEFIT CODE NOTICE**
                                             )
21  v.                                       )
                                             )
22                                           )
    EQUIFAX INFORMATION SERVICES, LLC, )
23                                           )
                                             )
24                    Defendant.            )
                                             )
25                                           )
                                             )
26                                           )
                                             )
27                                           )
    _____      )
28

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO MAIL
BENEFIT CODE NOTICE
CASE NO. 3:09-CV-00329-MMC

1     1.     The Court hereby grants an extension through and including July 11, 2011, within

2  which to have the class administrator mail the benefit code notice.

3

4  **IT IS SO ORDERED.**

5  Dated: July  13 , 2011.

6  _____
   Honorable Maxine M. Chesney
   United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO MAIL
BENEFIT CODE NOTICE
CASE NO. 3:09-CV-00329-MMC